

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| NOEL CASTILLO AND NORMA CASTILLO | § | No. 08-22-00167-CV |
|  | § | Appeal from the |
| Appellant, | § | County Criminal Court No. 1 |
| v. | § | of El Paso County, Texas |
| MARIA MARTINEZ | § | (TC# 2022-CCV00425) |
| Appellee. | § |  |

### **O R D E R**

The Court GRANTS the Appellants' second motion for extension of time within which to file the brief until **December 22, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Appellants Noel Castillo and Norma Castillo, pro se, prepare the Appellants' brief and forward the same to this Court on or before December 22, 2022.

IT IS SO ORDERED this 19th day of December, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.